**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_Northern District Of Illinois_

Case number (*if known*): _____   Chapter 11

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Falcon Repair, Inc

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   3 6 – 4 1 5 3 9 7 2

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 2430 South Kedzie | |
   | Number    Street | Number    Street |
   | | P.O. Box |
   | Chicago        IL    60623 | |
   | City        State    ZIP Code | City        State    ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | COOK | |
   | County | Number    Street |
   | | |
   | | City        State    ZIP Code |

5. **Debtor's website** (URL)

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

Debtor    Falcon Repair, Inc                                    Case number (if known)_____
Name

**7. Describe debtor's business**

A. *Check one:*

❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❑ Railroad (as defined in 11 U.S.C. §101(44))

❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❑ Clearing Bank (as defined in 11 U.S.C. §781(3))

☒ None of the above

B. *Check all that apply:*

❑ Tax-exempt entity (as described in 26 U.S.C. §501)

❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

____ __ __ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

❑ Chapter 7

❑ Chapter 9

☒ Chapter 11. *Check all that apply:*

❑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

❑ A plan is being filed with this petition.

❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❑ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

❑ Yes.  District _____  When _____  Case number _____
                                          MM / DD / YYYY

          District _____  When _____  Case number _____
                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

❑ Yes.  Debtor _____  Relationship _____

          District _____  When _____
                                                    MM / DD / YYYY

          Case number, if known _____

Debtor    Falcon Repair, Inc _____    Case number *(if known)*_____
_____Name_____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☒ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? Property need to be repair due to Fire hazard _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** 2427-29 South Kedzie _____
_____Number_____Street_____

_____
Chicago _____  IL ____  60623 _____
_____City_____State___ZIP Code

**Is the property insured?**

☐ No

☒ Yes. Insurance agency Country Financial _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☒ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  Falcon Repair, Inc
        _____   Case number (if known) _____
        Name

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _Gilberto Valencia_                          Gilberto Valencia Sr.
  Signature of authorized representative of debtor    Printed name

Title President/Owner

**18. Signature of attorney**

✗ _____                    Date _____
  Signature of attorney for debtor                    MM / DD / YYYY

Manuel A. Cardenas
Printed name

Law Offices Of Manuel A. Cardenas and Associates
Firm name

2059 North Western Avenue
Number    Street

Chicago                              IL        60647
City                                 State     ZIP Code

(773) 227-6858                       mac.cardenaslaw@att.net
Contact phone                        Email address

6228970                              IL
Bar number                           State

---

**Fill in this information to identify the case:**

Debtor name _____ **Falcon Repair, Inc**

United States Bankruptcy Court for the: _____ **Northern District of Illinois**

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**  **Summary of Assets**

---

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ...................................................................................  $ **514,500.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* .................................................................................  $ **20,500.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ...................................................................................  $ **535,000.00**

---

**Part 2:**  **Summary of Liabilities**

---

2. *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* at the bottom of page 1 of *Schedule D* ...........................  $ **450,000.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* ...................................................  $ **171,342.71**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...................................  + $ **6,458.33**

4. **Total liabilities** ...................................................................................................  $ **627,801.04**
   Lines 2 + 3a + 3b

*6v*

**Fill in this information to identify the case:**

Debtor name  Falcon Repair, Inc

United States Bankruptcy Court for the: Northern District of Illinois

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $ 300.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. PNC Bank | Checking | 6  0  5  9 | $ 3,000.00 |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $ _____ |

4. **Other cash equivalents** *(Identify all)*

4.1. _____    $ _____
4.2. _____    $ _____

5. **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$ 3,300.00

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes. Fill in the information below.

Current value of
debtor's interest

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. _____    $ _____
7.2. _____    $ _____

Debtor ___Falcon Repair, Inc_____ Case number (if known)_____
       Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Insurance pre payment for the fire at property located at 2427-29 S Kedzie, Chicago, Illinois 60623    $ 431,000.00

8.2. _____    $ _____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $ 431,000.00

---

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

11a. 90 days old or less:  _____  –  _____  = ....... →    $ _____
                            face amount            doubtful or uncollectible accounts

11b. Over 90 days old:  _____  –  _____  = ....... →    $ _____
                        face amount            doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ _____

---

## Part 4:   Investments

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $ _____

14.2. _____    _____    $ _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                % of ownership:

15.1._____    _____%    _____    $ _____

15.2._____    _____%    _____    $ _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $ _____

16.2._____    _____    $ _____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $ _____

Debtor    Falcon Repair, Inc _____    Case number (if known)_____
           Name

## Part 5:    Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. Raw materials

_____    MM / DD / YYYY    $_____    _____    $_____

20. Work in progress

_____    MM / DD / YYYY    $_____    _____    $_____

21. Finished goods, including goods held for resale

_____    MM / DD / YYYY    $_____    _____    $_____

22. Other inventory or supplies

Working supplies    03/01/2016    $ 14,000.00    _____    $ 14,000.00
                     MM / DD / YYYY

23. Total of Part 5

Add lines 19 through 22. Copy the total to line 84.    $ 14,000.00

24. Is any of the property listed in Part 5 perishable?

☐ No

☒ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?

☒ No

☐ Yes. Book value _____    Valuation method_____    Current value_____

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?

☐ No

☒ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. Crops—either planted or harvested

_____    $_____    _____    $_____

29. Farm animals Examples: Livestock, poultry, farm-raised fish

_____    $_____    _____    $_____

30. Farm machinery and equipment (Other than titled motor vehicles)

_____    $_____    _____    $_____

31. Farm and fishing supplies, chemicals, and feed

_____    $_____    _____    $_____

32. Other farming and fishing-related property not already listed in Part 6

_____    $_____    _____    $_____

Debtor   Falcon Repair, Inc _____   Case number (if known) _____
         Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Office Furniture | $500.00 | | $500.00 |
| 40. **Office fixtures** | | | |
| Office Fixture | $1,200.00 | | $1,200.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| computer, printes, phones | $1,500.00 | | $1,500.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $ | | $ |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$3,200.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☒ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

6 ✓

## Part 8:   Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

❏ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.                                    $_____

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

❏ No

❏ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

❏ No

❏ Yes

$6 \checkmark$

Debtor    Falcon Repair, Inc    Case number (if known)_____
_____
Name

## Part 9:    Real property

54.  **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 See Attachment 1 | See Attachment | $ 385,000.00 | See Attachment 1 | $ 385,000.00 |
| 55.2 See Attachment 2 | See Attachment | $ 75,000.00 | See Attachment 2 | $ 75,000.00 |
| 55.3 See Attachment 3 | See Attachment | $ 23,000.00 | See Attachment 3 | $ 23,000.00 |
| 55.4 See Attachment 4 | See Attachment | $ 31,500.00 | See Attachment 4 | $ 31,500.00 |
| 55.5 See Attachment 5 | Guarantor | $ | | $ |
| 55.6 | | $ | | $ |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 514,500.00

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☒ Yes

## Part 10:    Intangibles and Intellectual Property

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61.  **Internet domain names and websites** | $ | | $ |
| 62.  **Licenses, franchises, and royalties** | $ | | $ |
| 63.  **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64.  **Other intangibles, or intellectual property** | $ | | $ |
| 65.  **Goodwill** | $ | | $ |

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$

Debtor  Falcon Repair, Inc _____  Case number (if known)_____
         Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
   - ☐ No
   - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - ☐ No
   - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - ☐ No
   - ☐ Yes

---

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   - ☒ No. Go to Part 12.
   - ☐ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

71. **Notes receivable**
   Description (include name of obligor)
   _____  –  _____  = ➔  $_____
                           Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

   _____   Tax year _____   $_____
   _____   Tax year _____   $_____
   _____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**
   _____                         $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
   _____                         $_____
   Nature of claim       _____
   Amount requested      $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
   _____                         $_____
   Nature of claim       _____
   Amount requested_     $_____

76. **Trusts, equitable or future interests in property**
   _____                         $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
   _____                         $_____
   _____                         $_____

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.                     $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   - ☐ No
   - ☐ Yes

6 ✓

Debtor    Falcon Repair, Inc
_____
Name                            Case number (if known)_____

---

**Part 12:    Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $3,300.00 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $431,000.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $0.00 | |
| 83. **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $14,000.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. **Office furniture, fixtures, and equipment, and collectibles.** Copy line 43, Part 7. | $3,200.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $0.00 | |
| 88. **Real property.** Copy line 56, Part 9. ....................................... ➔ | | $514,500.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...................91a. | $451,500.00 + 91b. | $514,500.00 |

92.    **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ....................................................................    $966,000.00

6 ✓

---

## Attachment
## Debtor: Falcon Repair, Inc        Case No:

Attachment 1

    2426-30 South Kedzie, Chicago, Illinois 60623

    Fee Simple Ownership

    Comparable Market Analysis

Attachment 2

    2427-29 South Kedzie Avenue, Chicago, Illinois 60623

    Fee Simple Ownership

    Comparable Market Analysis

Attachment 3

    2428 South Troy Street, Chicago, Illinois 60623

    Fee Simple Ownership

    Comparable Market Analysis

Attachment 4

    2416-18 South Kedzie, Chicago, Illinois 60623

    Fee Simple Ownership

    Comparable Market Analysis

Attachment 5

    5534 West 26th Street, Cicero, Illinois 60804

**Fill in this information to identify the case:**

Debtor name   Falcon Repair, Inc

United States Bankruptcy Court for the:   Northern District of Illinois

Case number (If known):  _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name
Pan America Bank

Creditor's mailing address
2627 West Cermark Rd
Chicago, IL 60608

Creditor's email address, if known
_____

Date debt was incurred  _____
Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

Describe debtor's property that is subject to a lien
2416-18 South Kedzie, Chicago, Illinois 60623
_____
_____

Describe the lien
_____

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00      $ 31,000.00

**2.2** Creditor's name
Pan American Bank

Creditor's mailing address
2627 West Cermark
Chicago, IL 60608

Creditor's email address, if known
_____

Date debt was incurred  _____
Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
2428 South Troy Street, Chicago, Illinois 60623
_____
_____

Describe the lien
_____

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00      $ Fair Market Value

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $ 450,000.00



Debtor   Falcon Repair, Inc
_____
Name

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

|  | Column A | Column B |
|---|---|---|
|  | **Amount of claim** | **Value of collateral that supports this claim** |
|  | Do not deduct the value of collateral. |  |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** **Creditor's name**

Pan American Bank

**Creditor's mailing address**

2627 West Cermark Rd
Chicago, IL 60608

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- ☒ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2427-29 South Kedzie Avenue, Chicago, Illinois 60623

**Describe the lien**

**Is the creditor an insider or related party?**
- ☒ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 0.00      $ 75,000.00

---

**2.4** **Creditor's name**

Pan American Bank

**Creditor's mailing address**

1440 West North Avenue
Melrose Park, IL 60160

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _0_ _4_ _9_ _6_

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☒ Yes. Have you already specified the relative priority?
  - ☒ No. Specify each creditor, including this creditor, and its relative priority.
    1:Pan American Bank/ Taft
    Stettinius & Hollister; 2:Pan
    American Bank
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2426-30 South Kedzie, Chicago, Illinois 60623

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
- ☒ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 0.00      $ 385,000.00

---

Official Form 206D   Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**   page 2 of 3

Debtor    Falcon Repair, Inc
_____
Name

---

| **Part 1:** | **Additional Page** |
|---|---|

<table>
<tr><td></td><td>Column A<br>**Amount of claim**<br>Do not deduct the value of collateral.</td><td>Column B<br>**Value of collateral that supports this claim**</td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.5

**Creditor's name**

See Attachment 1

**Creditor's mailing address**

111 East Wacker Dr, Suite 2800
Chicago, IL 60601

**Creditor's email address, if known**

**Date debt was incurred**  _____

**Last 4 digits of account number**   4  0  0  3

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☒ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  - ☒ Yes. The relative priority of creditors is specified on lines 2.4

**Describe debtor's property that is subject to a lien**

2426-30 South Kedzie, Chicago, Illinois 60623

$ 450,000.00     $ 385,000.00

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
- ☒ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

### 2.6

**Creditor's name**

_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**   __  __  __  __

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____     $_____     $_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
- ☐ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 3

Attachment
Debtor: Falcon Repair, Inc      Case No:

Attachment 1

Pan American Bank/ Taft Stettinius & Hollister

| Fill in this information to identify the case: |
|---|
| Debtor   Falcon Repair, Inc |
| United States Bankruptcy Court for the:   Northern District of Illinois |
| Case number   _____ <br>(If known) |

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address <br> Department of the Treasury <br> Internal Revenue Services <br> Philadelphia, PA 19154 | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $ See Attachment 1 | $ See Attachment 1 |

Date or dates debt was incurred
_____

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 )

Basis for the claim:
Taxes and Other Government
Debts
Is the claim subject to offset?
☒ No
☐ Yes

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address <br> Department of Treasure <br> Internal Revenue Services, 2001 Butterfield Rd <br> Downers Grove, IL 60515 | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $ 13,586.00 | $ 0.00 |

Date or dates debt was incurred
_____

Last 4 digits of account
number   0   1   5   3

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 )

Basis for the claim:
Taxes and Other Government
Debts
Is the claim subject to offset?
☒ No
☐ Yes

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.3** Priority creditor's name and mailing address <br> Illinois Department of Revenue <br> Bankruptcy Unit, 100 West Randolph St #7-400 <br> Chicago, Illinois 60601 | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $ 157,756.71 | $ 0.00 |

Date or dates debt was incurred
_____

Last 4 digits of account
number   6   2   5   8

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 )

Basis for the claim:
Taxes and Other Government
Debts
Is the claim subject to offset?
☒ No
☐ Yes

6✓

Debtor  Falcon Repair, Inc _____ Case number (if known)_____
      Name

| **Part 1.** | **Additional Page** |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

                                                                    **Total claim**           **Priority amount**

**2.4** Priority creditor's name and mailing address

                                                                   $ See Attachment 2    $ See Attachment 2

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent

Secreaty of State Jesse White
  ☐ Unliquidated

213 State Capitol
  ☐ Disputed

Springfield, IL 62756

Date or dates debt was incurred      **Basis for the claim:** Taxes and Other Government Debts

_____

Last 4 digits of account
number   **2** **5** **-** **8**     **Is the claim subject to offset?**
  ☒ No
**Specify Code subsection of PRIORITY unsecured**  ☐ Yes
**claim:** 11 U.S.C. § 507(a) ( **8** )

**2.5** Priority creditor's name and mailing address

                                                                   $_____    $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
_____  ☐ Contingent
  ☐ Unliquidated
_____  ☐ Disputed

Date or dates debt was incurred      **Basis for the claim:**

_____

Last 4 digits of account
number  __ __ __ __     **Is the claim subject to offset?**
  ☐ No
**Specify Code subsection of PRIORITY unsecured**  ☐ Yes
**claim:** 11 U.S.C. § 507(a) (_____)

**2.6** Priority creditor's name and mailing address

                                                                     $_____    $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
_____  ☐ Contingent
  ☐ Unliquidated
_____  ☐ Disputed

Date or dates debt was incurred      **Basis for the claim:**

_____

Last 4 digits of account
number  __ __ __ __     **Is the claim subject to offset?**
  ☐ No
**Specify Code subsection of PRIORITY unsecured**  ☐ Yes
**claim:** 11 U.S.C. § 507(a) (_____)

**2.7** Priority creditor's name and mailing address

                                                                     $_____    $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
_____  ☐ Contingent
  ☐ Unliquidated
_____  ☐ Disputed

Date or dates debt was incurred      **Basis for the claim:**

_____

Last 4 digits of account
number  __ __ __ __     **Is the claim subject to offset?**
  ☐ No
**Specify Code subsection of PRIORITY unsecured**  ☐ Yes
**claim:** 11 U.S.C. § 507(a) (_____)

6 ✓

Debtor    Falcon Repair, Inc _____    Case number _(if known)_____
      Name

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                         Amount of claim

**3.1** Nonpriority creditor's name and mailing address

First Midwest Bank

3956 West North Avenue

Chicago, IL 60647

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  unpaid balance overdraft

Date or dates debt was incurred

Last 4 digits of account number    8  9  5  7

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,701.97

---

**3.2** Nonpriority creditor's name and mailing address

Hoskins Chevrolet/ Carlson Nancy Lee

926 Braedurn Rd

Inverness, IL 60067

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  unpaid balance

Date or dates debt was incurred

Last 4 digits of account number    9  3  4

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,428.00

---

**3.3** Nonpriority creditor's name and mailing address

State Farm/Marco A. granja

P O Box 106172

Atlanta, GA 30348

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  unpaid balance

Date or dates debt was incurred

Last 4 digits of account number    -  7  7  9

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,328.36

---

**3.4** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.5** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.6** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$_____

*E ✓*

Debtor    Falcon Repair, Inc
Name _____        Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.12. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Attachment
Debtor: Falcon Repair, Inc        Case No:

**Attachment 1**

> **for notices purposes only**
> **for notice purposes only**

**Attachment 2**

> **for notice purposes only**
> **for notice purposes only**

6

**Fill in this information to identify the case:**

Debtor name _Falcon Repair, Inc_

United States Bankruptcy Court for the: _Northern District of Illinois_

Case number (If known): _____    Chapter _11_

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

---

**Fill in this information to identify the case:**

Debtor name ___Falcon Repair, Inc___

United States Bankruptcy Court for the: ___Northern District of Illinois___

Case number (If known): _____

---

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

   *Column 1:* **Codebtor**    *Column 2:* **Creditor**

| | Name | Mailing address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | Gilberto Valencia Sr. | 2430 North Kedzie | | | Pan American Bank / | ☒ D |
| | | Street | | | See Attachment 1 | ☐ E/F |
| | | | | | | ☐ G |
| | | chicago | IL | 60623 | | |
| | | City | State | ZIP Code | | |
| 2.2 | Gilberto Valencia Jr. | 2430 South Kedzie | | | Pan American Bank / | ☒ D |
| | | Street | | | See Attachment 2 | ☐ E/F |
| | | | | | | ☐ G |
| | | Chicago | IL | 60623 | | |
| | | City | State | ZIP Code | | |
| 2.3 | Gilberto Valencia Jr. | 5534 West 26th Street | | | Pan American Bank / | ☒ D |
| | | Street | | | See Attachment 3 | ☐ E/F |
| | | | | | | ☐ G |
| | | Cicero | IL | 60804 | | |
| | | City | State | ZIP Code | | |
| 2.4 | Falcon Car Wash | 2430 South Kedzie | | | Pan American Bank / | ☒ D |
| | | Street | | | See Attachment 4 | ☐ E/F |
| | | | | | | ☐ G |
| | | Chicag | IL | 60623 | | |
| | | City | State | ZIP Code | | |
| 2.5 | | | | | | ☐ D |
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | City | State | ZIP Code | | |
| 2.6 | | | | | | ☐ D |
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | City | State | ZIP Code | | |

# Attachment
## Debtor: Falcon Repair, Inc      Case No:

Attachment 1

    Taft Stettinius & Hollister

Attachment 2

    Taft Stettinius & Hollister

Attachment 3

    Taft Stettinius & Hollister

Attachment 4

    Taft Stettinius & Hollister

Debtor    Falcon Repair, Inc _____    Case number (if known)_____
Name

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

                                                                                    Total of claim amounts

5a. **Total claims from Part 1**                                          5a.     $ 171,342.71 _____

5b. **Total claims from Part 2**                                          5b.  +  $ 6,458.33 _____

5c. **Total of Parts 1 and 2**                                            5c.     $ 177,801.04 _____
    Lines 5a + 5b = 5c.

6 ✓

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
</table>

Debtor Name  Falcon Repair, Inc

United States Bankruptcy Court for the:  _____ Northern District Of Illinois

Case number (*If known*):  _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☒ *Schedule H: Codebtors* (Official Form 206H)

- ☒ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206–Summary)

- ☐ Amended *Schedule* _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____              ✗ _____
              MM / DD / YYYY                 Signature of individual signing on behalf of debtor

                                          Gilberto Valencia Sr.
                                          Printed name

                                          President/Owner
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name _Falcon Repair, Inc_

United States Bankruptcy Court for the: _Northern District of Illinois_

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From 01/01/2014 to Filing date<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ -28,029.00 |
   | **For prior year:** From 01/01/2015 to _____<br>MM / DD / YYYY       MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 0.00 |
   | **For the year before that:** From 01/01/2013 to _____<br>MM / DD / YYYY       MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 5,491.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From _____ to Filing date<br>MM / DD / YYYY | _____ | $_____ |
   | **For prior year:** From _____ to _____<br>MM / DD / YYYY       MM / DD / YYYY | _____ | $_____ |
   | **For the year before that:** From _____ to _____<br>MM / DD / YYYY       MM / DD / YYYY | _____ | $_____ |

6 ✓

Debtor   Falcon Repair, Inc _____   Case number *(if known)*_____
        Name

---

**Part 2:** **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☒ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | | | $ _____ | ☐ Secured debt |
| | Creditor's name | _____ | | ☐ Unsecured loan repayments |
| | Street | _____ | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State     ZIP Code | _____ | | ☐ Other _____ |
| 3.2. | | | $ _____ | ☐ Secured debt |
| | Creditor's name | _____ | | ☐ Unsecured loan repayments |
| | Street | _____ | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State     ZIP Code | _____ | | ☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☒ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | | | $ _____ | _____ |
| | Insider's name | _____ | | _____ |
| | Street | _____ | | _____ |
| | City          State     ZIP Code | _____ | | |
| | **Relationship to debtor**<br>_____ | | | |
| 4.2. | | | $ _____ | _____ |
| | Insider's name | _____ | | _____ |
| | Street | _____ | | _____ |
| | City          State     ZIP Code | _____ | | |
| | **Relationship to debtor**<br>_____ | | | |

6 ✓

Debtor _____Falcon Repair, Inc_____     Case number (if known)_____
　　　　　　　　Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | |
| | Creditor's name | | | $_____ |
| | Street | | | |
| | City　　　State　　ZIP Code | | | |
| 5.1. | | | | |
| | Creditor's name | | | $_____ |
| | Street | | | |
| | City　　　State　　ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | Creditor's name | | | $_____ |
| | Street | | | |
| | City　　　State　　ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

**Part 3:　Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | See Attachment 1 | Foreclosure | Chancery　Name 50 West Washington St　Street | ☒ Pending ☐ On appeal ☐ Concluded |
| | Case number | | | |
| | 15CH 14003 | | Chicago　IL　60603 City　State　ZIP Code | |
| 7.2. | Case title See Attachment 2 | Foreclosure | Court or agency's name and address Chancery Cook　Name 50 W Washington　Street | ☒ Pending ☐ On appeal ☐ Concluded |
| | Case number See Attachment 2 | | Chicago　IL　60601 City　State　ZIP Code　See Attachment 3 | |

Debtor  Falcon Repair, Inc _____  Case number (if known)_____
        Name

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | | |
| Street | Case title | Court name and address |
| | | |
| City          State     ZIP Code | Case number | Name |
| | | Street |
| | Date of order or assignment | |
| | | City        State      ZIP Code |

---

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1.** Recipient's name | | | $_____ |
| Street | | | |
| City          State     ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| **9.2.** Recipient's name | | | $_____ |
| Street | | | |
| City          State     ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| 2427-29 South Kedzie, Chicago, Illinois 60623<br>fire | See Attachment 4 | June 29, 2014 | $_____ |

Debtor   Falcon Repair, Inc
_____Name_____   Case number (if known)_____

---

**Part 6:   Certain Payments or Transfers**

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | See Attachment 5 | | 2/23/2016 | $ 5,000.00 |
| | **Address** | | | |
| | 2059 North Western Avenue | | | |
| | Street | | | |
| | Chicago          IL          60647 | | | |
| | City          State          ZIP Code | | | |
| | **Email or website address** | | | |
| | mac.cardenaslaw@att.net | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $_____ |
| | **Address** | | | |
| | Street | | | |
| | City          State          ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $_____ |
| **Trustee** | | | |

---

Debtor    Falcon Repair, Inc
_____    Case number (if known)_____
        Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|

13.1.    _____    _____    _____    $_____

        Address

        _____    _____
        Street

        _____

        _____
        City            State    ZIP Code

        Relationship to debtor

        _____


        Who received transfer?

13.2.   _____    _____    _____    $_____

        Address

        _____
        Street

        _____

        _____
        City            State    ZIP Code

        Relationship to debtor

        _____

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

        Address    Dates of occupancy

14.1.   _____    From  _____  To  _____
        Street

        _____
        City            State    ZIP Code

14.2.   _____    From  _____  To  6 ✓
        Street

        _____

        _____
        City            State    ZIP Code

---

Debtor    Falcon Repair, Inc
_____    Case number (if known)_____
Name

## Part 8:    Healthcare Bankruptcies

**15. Healthcare bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | _____<br>_____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City        State        ZIP Code | _____<br>_____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | _____<br>_____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City        State        ZIP Code | _____<br>_____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

    Does the debtor have a privacy policy about that information?

    ☐ No

    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☐ Yes. Fill in below:

    Name of plan                                     Employer identification number of the plan

    _____    EIN: __ __ – __ __ __ __ __ __ __

    Has the plan been terminated?

    ☐ No

    ☐ Yes

6 ✓

Debtor    Falcon Repair, Inc                                    Case number (if known)_____
          Name

---

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____ 6✓<br>_____<br>_____ | ☐ No<br>☐ Yes |

---

Debtor    Falcon Repair, Inc _____    Case number (*if known*)_____
          Name

---

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

---

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | *EV* |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

Debtor ___Falcon Repair, Inc_____  Case number (if known)_____
       Name

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | Name | _____ | |
| _____ | _____ | _____ | |
| Street | Street | | |
| _____ | _____ | | |
| City        State   ZIP Code | City        State   ZIP Code | | |

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name<br>_____<br>Street<br>_____<br>City    State   ZIP Code | _____<br>_____<br>_____ | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From _____   To _____ |
| 25.2. | _____<br>Name<br>_____<br>Street<br>_____<br>City    State   ZIP Code | _____<br>_____<br>_____ | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From _____   To _____ |
| 25.3. | _____<br>Name<br>_____<br>Street<br>_____<br>City    State   ZIP Code | _____<br>_____<br>_____ | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From _____   To __6__ ✓ |

---

Debtor ___Falcon Repair, Inc_____     Case number (if known)_____
              Name

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service |
|---|---|---|---|
| 26a.1. ___Chris Amundson_____ <br> Name | | | From _01/01/2013_ To _____ |
| ___3227 West Bryn Mawr Avenue___ <br> Street | | | |
| ___Chicago___ | ___IL___ | ___60659___ | |
| City | State | ZIP Code | |

| Name and address | | | Dates of service |
|---|---|---|---|
| 26a.2. _____ <br> Name | | | From _____ To _____ |
| _____ <br> Street | | | |
| _____ | | | |
| City | State | ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

| Name and address | | | Dates of service |
|---|---|---|---|
| 26b.1. _____ <br> Name | | | From _____ To _____ |
| _____ <br> Street | | | |
| _____ | | | |
| City | State | ZIP Code | |

| Name and address | | | Dates of service |
|---|---|---|---|
| 26b.2. _____ <br> Name | | | From _____ To _____ |
| _____ <br> Street | | | |
| _____ | | | |
| City | State | ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.1. _____ <br> Name | | | _____ |
| _____ <br> Street | | | _____ |
| _____ | | | _____ |
| City | State | ZIP Code | |

Debtor    Falcon Repair, Inc
_____    Case number *(if known)*_____
          Name

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | Name | |
| | Street | |
| | | |
| | City                    State          ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

**Name and address**

26d.2.
Name

Street


City                    State          ZIP Code

**Name and address**

26d.2.
Name

Street


City                    State          ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

Name and address of the person who has possession of inventory records

27.1.
Name

Street


City                    State          ZIP Code

*GV*

Debtor   Falcon Repair, Inc                                          Case number (if known)_____
                Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.2.
_____
Name

_____
Street

_____

_____
City                                    State          ZIP Code

28. **List** the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Gilberto Valencia Sr. | 2430 South Kedzie, Chicago, IL 60623 | See Attachment 6 | 100 |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
☒ No
❑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
☒ No
❑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ Name | _____ | | _____ |
| _____ Street | | 6✓ | |
| _____ City          State     ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |

Debtor  Falcon Repair, Inc _____     Case number (if known) _____
        Name

**Name and address of recipient**

_____
Name

_____
Street

_____

_____
City                    State        ZIP Code

**Relationship to debtor**

_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
    ☒ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
    ☒ No
    ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:**    **Signature and Declaration**

---

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM  / DD  / YYYY

✗ _____     Printed name  Gilberto Valencia Sr. _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  President/Owner _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# Attachment
## Debtor: Falcon Repair, Inc       Case No:

Attachment 1

   Pan American Bank Vs. Falcon Repair, Inc.

Attachment 2

   Pan American Bank Vs. Falcon Repair, Inc

Attachment 2

   15Ch 6989/15CH 6990/15CH 6991/15CH 6992

Attachment 3

   Case Title: Falcon Repair, Inc. Vs. Pan American Bank
   Case Number: 15L 3071
   Nature of Case: Civil Law
   Court or Agency's Name Law Division
   Creditor's Address:  50 West Washington, Chicago, IL 60601
   Status of Case: Pending

Attachment 4

   $348,063.53 plus $83,293.53 held in reserve to recover any demolition costs incurred y the
   City of Chicago. Total amount of loss $536,356.80

Attachment 5

   Law Offices Of Manuel A. Cardenas and Associates

Attachment 6

   President/owner - Owner/President

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS**

In Re:

Falcon Repair, Inc,

Debtor

Case No.  .

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with
Rule 1007, Fed. R. Bank. P. for filing in this Chapter 11 case.

| Security Holder's Registered Name and Last Known Address or Place of Business | Class of Security | Number of Securities or Percentage | Kind of Interest |
|---|---|---|---|
| Gilberto Valencia Sr. 2430 South Kedzie Chicago, IL 60623 | common | 100% | Sole Shareholder |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION
OR PARTNERSHIP**

I,  Gilberto Valencia Sr., President  of the corporation named as the debtor in this case,
declare under penalty of perjury that I have read the foregoing **List of Equity Security Holders**
and that it is true and correct to the best of my information and belief.

Date: _____ 03 11 16 _____          Signature: _____

Printed Name:   Gilberto Valencia Sr.

Title:   President

**Penalty for making a false statement or concealing property: Fine of up to $500,000 or
imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re

**Falcon Repair, Inc**

Case No. _____

**Debtor**

Chapter **11** _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **20,000.00**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $ **8,000.00**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **12,000.00**

2.  The source of the compensation paid to me was:

    [X] Debtor            [ ] Other (specify)

3.  The source of compensation to be paid to me is:

    [ ] Debtor            [ ] Other (specify)

4.  [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____

| _____ | _____ |
| Date | Signature of Attorney |

**See Attachment 1**
*Name of law firm*

Attachment
Debtor: Falcon Repair, Inc     Case No:

**Attachment 1**

**Law Offices Of Manuel A. Cardenas and Associates**

# United States Bankruptcy Court
### Northern District of Illinois
### Eastern Division

In re  **Falcon Repair, Inc**                                    Case No.

          Debtor.                                                 Chapter   **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now  **Falcon Repair, Inc**                    (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a)
and 7007.1 state as follows:

_____ All corporations that directly or indirectly own 10% or more of any class of the corporation's equity
interests are listed below:

OR,

  **X**   There are no entities to report.

By: _____

**Manuel A. Cardenas**
Signature of Attorney

Counsel for  **Gilberto Valencia Jr.**
Bar no.:  **6228970**
Address.:  **2059 North Western Avenue**
              **Chicago, Illinois 60647**

Telephone No.:  **(773) 227-6858**
Fax No.:  **(773) 227-6088**
E-mail address:  **mac.cardenaslaw@att.net**

UNITED STATES BANKRUPTCY COURT
Northern District of Illinois
Eastern Division

In re:

Case No. BKY

Falcon Repair, Inc,

Debtor(s)                                          Chapter 11 Case


STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION


I, Gilberto Valencia Sr., declare under penalty of perjury that I am the President/Owner of Falcon Repair, Inc, a Illinois corporation and that on March 28, 1997 the following resolution was duly adopted by the Gilberto Valencia, sole Owner of this corporation:

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Gilberto Valencia Sr., President/Owner of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Gilberto Valencia Sr., President/Owner of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

Be It Further Resolved, that Gilberto Valencia Sr., President/Owner of this corporation, is authorized and directed to employ Manuel A. Cardenas, attorney and the law firm of Law Offices Of Manuel A. Cardenas and Associates to represent the corporation in such bankruptcy case."

| Executed on: | Signed: ***E signature debtor TE*** |
|---|---|
|  | Gilberto Valencia Sr. 2430 South Kedzie Avenue, Chicago, IL  60623 (*Name and Address of Subscriber*) |

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS

In Re:                                          Bankruptcy Case Number:   _____

**Falcon Repair, Inc**

### VERIFICATION OF CREDITOR MATRIX

Number of Creditors:   _____

The above named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Dated:   _03  1  18_

_____
Debtor

_____
Joint Debtor

Department of the Treasury
Internal Revenue Services
Philadelphia, PA 19154


Department of Treasure
Internal Revenue Services
2001 Butterfield Rd
Downers Grove, IL 60515


First Midwest Bank
3956 West North Avenue
Chicago, IL 60647


Gilberto Valencia Sr.
2430 South Kedzie
Chicago, IL 60623


Hoskins Chevrolet/ Carlson Nancy Lee
926 Braedurn Rd
Inverness, IL 60067


Illinois Department of Revenue
Bankruptcy Unit, 100 West Randolph St #7
Chicago, IL 60601


Pan America Bank
2627 West Cermark Rd
Chicago, IL 60608


Pan American Bank
2627 West Cermark Rd
Chicago, IL 60608


Pan American Bank
2627 West Cermark
Chicago, IL 60608


Pan American Bank
1440 West North Avenue
Melrose Park, IL 60160

Pan American Bank/ Taft Stettinius & Hol
111 East Wacker Dr
Suite 2800
Chicago, IL 60601


Secreaty of State Jesse White
213 State Capitol
Springfield, IL 62756


State Farm/Marco A. granja
P O Box 106172
Atlanta, GA 30348